736

■ CARNEGIE HALL CORPORATION v. POLA SCHREIBER.— Application granted and the stay contained in the order to show cause, dated January 9, 1962, is continued on condition that the appeal is perfected for argument or submission at the March 1962 Term of this court. Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ.

■ 795 FIFTH AVENUE CORPORATION et al. v. CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted to the extent of certifying the following question: "Does the amended complaint herein state a cause of action?" Settle order on notice. Concur — Botein, P. J., Breitel, Valente, McNally and Steuer, JJ.

■ BERTHE E. KUNIHOLM v. BERTEL E. KUNIHOLM.— Motion for reargument denied but motion for leave to appeal to the Court of Appeals granted to the extent of certifying the following question: "Did the Appellate Division err in affirming the order of Special Term denying plaintiff's motion for partial summary judgment pursuant to rule 114 of the Rules of Civil Practice?" Settle order on notice. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ 78013 CORPORATION v. FRED R. HEATON.— Application denied, with $10 costs. The stay contained in the order to show cause dated January 11, 1962 is vacated. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ DAVID J. FRIEDMAN v. RUTH SCHWARTZ.— Application denied, with $10 costs. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ ARNOLD SCHILDHAUS et al. v. LEOFREED REALTY CORP. et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before March 6, 1962, with notice of argument for the April 1962 Term of this court, said appeal to be argued or submitted when reached. If the appellants fail to comply with the condition imposed, the respondents may enter an order dismissing the appeal without notice to the appellants. Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH McCOLLUM.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. TIMOTHY HARRISON.— Motion for leave to reinstate appeal denied. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ In the Matter of the Estate of HARRY PASIALIS, Deceased. PAUL ANAYANNIS, Public Administrator of the County of New York.— Motion to dismiss appeal granted, with $10 costs. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ In the Matter of the BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, v. ELMER A. CARTER et al.— Motion by National Association for the Advancement of Colored People to intervene *amicus curiæ* granted only insofar as to permit movant to file a brief as *amicus curiæ* on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Motion by Catholic Teachers Association of the Diocese of Brooklyn, Inc., for leave to file a brief *amicus curiæ* granted only insofar as to permit movant to file a brief as *amicus curiæ* on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.